Furman, J.

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: 5/29/2013           │
└─────────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TERRY KLEIN derivatively on behalf of
IRON MOUNTAIN INCORPORATED,

    Plaintiff,

    v.

DAVIS SELECTED ADVISERS, L.P., DAVIS NEW YORK VENTURE FUND, CHRISTOPHER C. DAVIS, and IRON MOUNTAIN INCORPORATED,

    Defendants.

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

13 Civ. 753 (JMF)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Terry Klein, by her attorneys, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against defendants Davis Selected Advisers, L.P., Davis New York Venture Fund, Christopher C. Davis, and Iron Mountain Incorporated.

Dated: New York, New York
       May 28, 2013

KORNSTEIN VEISZ WEXLER & POLLARD, LLP
Paul D. Wexler, Counsel

757 Third Avenue
New York, New York 10017
(212) 418-8692

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

By: _____/s/_____
    Glenn F. Ostrager

570 Lexington Avenue
New York, New York 10017-6837
Tel. No. (212) 681-0600

*Attorneys for Plaintiff*

SO ORDERED:
SO ORDERED:

_____
U.S.D.J.
May 29, 2013